DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THE CHURCH AT DEERFIELD BEACH, INC.,**
Appellant,

v.

**JEREMY TATOM,**
Appellee.

Nos. 4D2023-2813 and 4D2023-2814

[July 3, 2024]

Consolidated appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin Singer, Judge; L.T. Case No. CACE22017254.

Charles Bechert, III, of Bechert & Associates, P.A., Pompano Beach, for appellant.

Aaron Matthew Cohen, Andrew Mitchell Schwartz, David Alan Frankel of the Law Offices of David A. Frankel P.A., Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and CONNER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***